**No. 60674.**—S. S. Kresge Co. *v.* United States, protests 227174–K, etc. (New York).

478

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of aquarium sea moss similar in all material respects to that the subject of *Westchester Aquarium Supply Co.* v. *United States* (36 Cust. Ct. 146, C. D. 1767), the claim of the plaintiff was sustained.